IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ARCHER AND WHITE SALES, INC., | § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | |
| HENRY SCHEIN, INC., DANAHER CORPORATION, INSTRUMENTARIUM DENTAL INC., DENTAL EQUIPMENT LLC, KAVO DENTAL TECHNOLOGIES, LLC AND DENTAL IMAGING TECHNOLOGIES CORPORATION, | | CIVIL ACTION NO.: 2:12-CV-00572-JRG-RSP |
| Defendants. | | |

**DECLARATION OF KAY LYNN BRUMBAUGH IN
SUPPORT OF PLAINTIFF ARCHER AND WHITE SALES, INC.'S
RESPONSE IN OPPOSITION TO MANUFACTURER DEFENDANTS'
MOTION TO COMPEL ARBITRATION AND STAY ALL PROCEEDINGS**

I, Kay Lynn Brumbaugh, make the following declaration based upon personal knowledge of the matters set forth herein.

1. I am a partner in the Dallas office of Andrews Kurth LLP, counsel for Plaintiff Archer and White Sales, Inc. in the above-captioned case.

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of a Dealer Agreement dated as of May 11, 2009 between Dental Equipment LLC, doing business as Pelton & Crane, and Archer & White Sales.

3. Attached as Exhibit 2 to this Declaration are true and correct copies of correspondence dated May 9, 2012 and August 27, 2012 to Archer & White Sales from Kirk Zambetti, VP of Sales for KaVo, Gendex, Pelton & Crane, Marus and DCIE, and John Franz, VP & General Manager for Instrumentarium Dental, NA. The agreement referenced in the

correspondence is not attached in an abundance of caution because it contains a confidentiality provision.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2012 in Dallas, Texas.

_____
KAY LYNN BRUMBAUGH

2

DAL:845363.1