# Exhibit 2

May 9, 2012

Jim Archer
ARCHER & WHITE SALES
1107 Summit Avenue
Plano, TX 75074

Dear Sir/Madam:

KaVo NA, Pelton & Crane, Marus, DCI Equipment, Instrumentarium Dental recently undertook a recent review of its dealer agreement. During this review, changes were made to the agreement that make it a more manageable document for both parties in the future. We realize your dealership may have received and even executed a previous agreement in the past year; however, this document is an updated version that will replace all prior agreements.

Please review this agreement and return 2 signed copies **by June 15, 2012** to the person and address noted:

> Sandy Lund
> Dental Equipment, NA
> c/o Pelton & Crane
> 11727 Fruehauf Drive
> Charlotte, NC 28273

It is important for you to read the entire agreement prior to signing and returning it. If you have any questions regarding any term or condition in the agreement, please contact us. You will note in reading the agreement that it contains sections addressing the following:

1. **Minimum Purchase Requirement:** In 2007, we established an annual minimum purchase requirement by brand. Please review careful so our mutual expectations are clearly understood. These minimum purchase amounts will be the minimum purchase requirement for each subsequent calendar year until otherwise notified.

2. **One Agreement to cover All Brands:** In the spirit of improvement and better business processes, we have consolidated our dealer agreement to cover all brands and market segments as required. We hope you find this to be a positive change.

3. **Service Training and Record Keeping:** To assure high customer satisfaction and support we are adding a requirement of all dealers to maintain records of internal equipment service trainings. Our expectations are that all dealers are internally reviewing and training their service tech teams to the latest installation and service documentation. We can provide training manuals upon request. We have included a record keeping training log to help clarify the expectations of this new requirement.

Please execute this new agreement and returned by **June 15, 2012**. We appreciate your support and look forward to strong results in 2012. Please contact me with any questions; otherwise, thank you.

Sincerely

Kirk Zambetti
VP of Sales
KaVo, Gendex, Pelton & Crane, Marus, DCIE
kirk.zambetti@kavo.com

John Franz
VP & General Manager
Instrumentarium Dental, NA
John.Franz@palodexgroup.com

August 27, 2012

Jim Archer
ARCHER & WHITE SALES
1107 Summit Avenue
Plano, TX 75074

Dear Sir or Madam:

We recently undertook a review of our dealer agreement. During this review, changes were made to the agreement that make it a more manageable document for both parties in the future.

We have made several attempts to reach you regarding the agreement. In order to complete our internal process, we will be enforcing an extended deadline of **September 14, 2012**. If the requested documents are not received in the office by the end of business on September 14, 2012, then your account will become inactive until the situation has been resolved. Please understand that if your required documents are not received by September 14, 2012, then as of Monday, September 17, 2012, your account will become inactive and you will not be allowed to place any orders.

If you have any questions or concerns regarding your agreement please contact Katy Salls at 704-927-0681 or katy.salls@pelton.net.

Please contact me with any further questions or concerns. We appreciate your support and look forward to strong results in 2012.

Sincerely,

Kirk Zambetti
VP of Sales
KaVo, Gendex, Pelton & Crane, Marus, DCIE
kirk.zambetti@kavo.com

John Franz
VP & General Manager
Instrumentarium Dental, NA
John.Franz@palodexgroup.com