IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ARCHER AND WHITE SALES, INC., § § Plaintiff, § § v. § § HENRY SCHEIN, INC., DANAHER § CORPORATION, INSTRUMENTARIUM § DENTAL INC., DENTAL EQUIPMENT § LLC, KAVO DENTAL TECHNOLOGIES § LLC and DENTAL IMAGING § TECHNOLOGIES CORPORATION, § § Defendants. § § | Civil Action No. 2:12-cv-572-JRG-RSP |

**JOINT MOTION FOR EXTENSION OF PAGE LIMITS
FOR REPLY AND SUR-REPLY BRIEFS**

Plaintiff Archer & White Sales, Inc. and Defendants Danaher Corporation, Instrumentarium Dental Inc., Dental Equipment LLC, KaVo Dental Technologies LLC, and Dental Imaging Technologies Corporation file this Joint Motion for an Extension of the Page Limits for Reply and Sur-Reply Briefs to the pending Motion to Compel Arbitration and Stay All Proceedings.

1.  On September 26, 2012, Defendants Danaher Corporation, Instrumentarium Dental Inc., Dental Equipment LLC, KaVo Dental Technologies LLC and Dental Imaging Technologies Corporation (collectively, "Manufacturer Defendants") filed a Motion to Compel Arbitration and Stay All Proceedings (Docket Entry No. 10).

52313810.1

2. On October 12, 2012, Plaintiff Archer and White Sales, Inc. filed a Response in Opposition to Manufacturer Defendants' Motion to Compel Arbitration and Stay All Proceedings (Docket Entry No. 21).

3. Eastern District of Texas Local Rule 7(a)(2) provides that any reply or sur-reply brief to an opposed non-dispositive motion shall not exceed five pages, excluding attachments. E.D. TEX. LOC. R. 7(a)(2).

4. Plaintiff has agreed to Manufacturer Defendants' request to extend the page limit to no more than eight (8) pages for its reply in support of their Motion to Compel Arbitration and Stay All Proceedings. Manufacturer Defendants' likewise has agreed to Plaintiff's request to extend the page limit to no more than the number of pages used by Manufacturer Defendants' in their reply for its sur-reply to the Motion to Compel Arbitration and Stay All Proceedings.

5. The parties therefore request that the Court extend the page limits as requested and enter the proposed order filed with this motion.

Dated: October 22, 2012                           Respectfully submitted,

*/s/ Kay Lynn Brumbaugh*
    Jerry L. Beane
    State Bar No. 01966000
    jerrybeane@andrewskurth.com
    Kay Lynn Brumbaugh
    State Bar No.  00785152
    kaylynnbrumbaugh@andrewskurth.com
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone:     (214) 659-4520
Facsimile:      (214) 659-4778

*Counsel for Plaintiff Archer and White Sales, Inc.*

                                  */s/ Layne Kruse*
                                  Layne E. Kruse
                                  State Bar No. 11742550
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:  (713) 651-5151
Telecopier:  (713) 651-5246
lkruse@fulbright.com

Steven R. Kuney
Jonathan B. Pitt
James H. Weingarten
WILLIAMS & CONNOLLY LLP
725 Twelfth Street NW
Washington, D.C. 20005
Telephone:   (202) 434-5000
Facsimile:   (202) 434-5029

*Counsel for Defendants Danaher Corporation, Instrumentarium Dental Inc., Dental Equipment LLC, KaVo Dental Technologies LLC and Dental Imaging Technologies Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon all counsel of record by using the Court's Electronic Filing System ("EFS") on October 22, 2012.  In addition, I caused copies of the foregoing to be served by certified mail, return receipt requested and electronic mail on the following:

        Helene D. Jaffe
        Alan R. Kusinitz
        PROSKAUER ROSE LLP
        Eleven Times Square
        New York, New York  10036-8299
        *Counsel for Henry Schein, Inc.*

                                  */s/ Layne E. Kruse*
                                  Layne E. Kruse