**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ARCHER AND WHITE SALES, INC., § § Plaintiff, § § v. § § HENRY SCHEIN, INC., DANAHER § CORPORATION, INSTRUMENTARIUM § DENTAL INC., DENTAL EQUIPMENT § LLC, KAVO DENTAL TECHNOLOGIES, § LLC AND DENTAL IMAGING § TECHNOLOGIES CORPORATION, § § Defendants. § | CIVIL ACTION NO.: 2:12-CV-00572-JRG-RSP |

**PLAINTIFF'S NOTICE PURSUANT TO COURT'S STANDING
ORDER REGARDING READINESS FOR STATUS CONFERENCE**

Pursuant to the Court's Standing Order Regarding Readiness for Status Conference, Plaintiff Archer and White Sales, Inc. notifies the Court that all Defendants have appeared and filed Motions to Compel Arbitration, and, when the 30-day stay of deadlines granted in Docket No. 16 expires on October 31, 2012, this case will be ready for a scheduling conference.

The following motions are currently pending before the Court:

1) Defendants Danaher Corporation, Instrumentarium Dental Inc., Dental Equipment LLC, KaVo Dental Technologies, LLC and Dental Imaging Technologies Corporation's Motion to Compel Arbitration and Stay All Proceedings;

2) Defendant Henry Schein, Inc.'s Motion to Compel Plaintiff to Arbitrate and to Stay Proceedings; and

3) Joint Motion for Extension of Page Limits for Reply and Sur-Reply Briefs.

Defendants have expressed an intention to file a motion requesting a further stay of all deadlines pending the Court's resolution of the above-referenced motions to compel arbitration.

DAL:846475.1

DATED:  October 23, 2012.

          Respectfully submitted,

           */s/ Jerry L.  Beane*
Jerry L. Beane
State Bar No. 01966000
jerrybeane@andrewskurth.com
Kay Lynn Brumbaugh
State Bar No. 00785152
kaylynnbrumbaugh@andrewskurth.com
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, TX  75201
214.659.4400 Telephone
214.659.4401 Facsimile

**ATTORNEYS FOR PLAINTIFF
ARCHER AND WHITE SALES, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify on this 23rd day of October, 2012, that a copy of the foregoing *Notice that Case is Ready for Scheduling Conference* was filed and served by operation of the electronic filing system of the U.S. District Court for the Eastern District of Texas upon all counsel of record who have consented to receive notice of filings in this matter.

| | |
|---|---|
| Layne E. Kruse<br>Fulbright and Jaworski LLP<br>Fulbright Tower<br>1301 McKinney, Suite 5100<br>Houston, TX  77010-3095 | Paul F. Schuster<br>Michael V. Powell<br>Locke Lord LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX  75201-6776 |
| Steven R. Kuney<br>Jonathan B. Pitt<br>James H. Weingarten<br>Williams & Connolly, LLP<br>725 Twelfth Street NW<br>Washington, DC  20005 | Helene D. Jaffe<br>Alan R. Kusinitz<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY  10036-8299<br><br>*Attorneys for Defendant Henry Schein, Inc.* |
| *Attorneys for Defendants Danaher Corporation, Instrumentarium Dental, Inc., Dental Equipment LLC, KaVo Dental Technologies, LLC and Dental Imaging Technologies Corporation* | |

           */s/ Jerry L.  Beane*
           Jerry L. Beane