# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ARCHER AND WHITE SALES, INC., § § | |
| Plaintiff, § § | |
| v. § § | |
| HENRY SCHEIN, INC., DANAHER § CORPORATION, INSTRUMENTARIUM § DENTAL INC., DENTAL EQUIPMENT § LLC, KAVO DENTAL TECHNOLOGIES § LLC and DENTAL IMAGING § TECHNOLOGIES CORPORATION, § § | Civil Action No. 2:12-cv-572-JRG-RSP |
| Defendants. § § | |

## ORDER REGARDING JOINT MOTION FOR
## EXTENSION OF PAGE LIMITS FOR REPLY AND SUR-REPLY BRIEFS

Having considered Plaintiff Archer & White Sales, Inc. and Defendants Danaher Corporation, Instrumentarium Dental Inc., Dental Equipment LLC, KaVo Dental Technologies LLC and Dental Imaging Technologies Corporation's Joint Motion for Extension of Page Limits for Reply and Sur-Reply Briefs, the Court hereby GRANTS the Joint Motion for Extension of Page Limits for Reply and Sur-Reply Briefs.

SO ORDERED.

SIGNED this 24th day of October, 2012.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE