# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Texas

FILED-CLERK
U.S. DISTRICT COURT

2012 OCT 24  PM 1: 57

TX EASTERN-MARSHALL

BY_____

Case Number: 2:12-CV-572

Plaintiff:
**Archer and White Sales, Inc.**
vs.
Defendant:
**Henry Schein, Inc., et al**

For:
Jerry L. Beane
1717 Main St
Suite 3700
Dallas, TX 75201

Received by On Time Process Service on the 27th day of September, 2012 at 4:34 pm to be served on **Kavo Dental Technologies, L L C c/o Registered Agent CT Corporation, 208 South LaSalle Street, Chicago, IL 60604.**

I, Leroy Karczewski, being duly sworn, depose and say that on the **28th day of September, 2012** at **11:50 am**, I:

Executed service by delivering a true copy of the **Summons & Complaint**, to: **Lordes Viva** as **Authorized Acceptance Agent** at the address of: **208 South LaSalle Street, Chicago, IL 60604**, who is authorized to accept service for **Kavo Dental Technologies, L L C**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 27, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 170, Hair: Black, Glasses: N

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 28th day of September, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

"OFFICIAL SEAL"
HEIDI L. BERNA
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires June 28, 2014

Leroy Karczewski
State of Illinois

On Time Process Service
1700 Pacific Ave
Suite 1040
Dallas, TX 75201
(214) 740-9999
Our Job Serial Number: ONT-2012002828
Ref: 202510

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6 5h

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| Archer and White Sales, Inc., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:12-CV-572 |
| Henry Schein, Inc., Danaher Corporation, Instrumentarium Dental Inc., Dental Equipment LLC, KaVo Dental Technologies, LLC and Dental Imaging Technologies, Corporation, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KaVo Dental Technologies, LLC d/b/a KaVo Dental Corporation
c/o Registered Agent:
CT Corporation
208 South LaSalle Street
Chicago, IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jerry L. Beane, Esq.
Kay Lynn Brumbaugh, Esq.
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/21/12

*Signature of Clerk or Deputy Clerk*