IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ARCHER AND WHITE SALES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| HENRY SCHEIN, INC., DANAHER | § | |
| CORPORATION, INSTRUMENTARIUM | § | CIVIL ACTION NO.: |
| DENTAL INC., DENTAL EQUIPMENT | § | 2:12-cv-00572-JRG-RSP |
| LLC, KAVO DENTAL TECHNOLOGIES, | § | |
| LLC AND DENTAL IMAGING | § | |
| TECHNOLOGIES CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This matter having come before the Court on Joint Motion for an Extension of the Page Limits for Reply and Sur-Reply Briefs to the pending Motion to Compel Plaintiff to Arbitrate and to Stay All Proceedings filed by Defendant Henry Schein, Inc. ("Defendant Schein"), and the Court having reviewed the Motion and all papers in support and opposition thereto and the arguments of counsel, it is:

ORDERED that the Joint Motion for an Extension of the Page Limits for Reply and Sur-Reply Briefs be and hereby is GRANTED.

**SIGNED this 2nd day of November, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE