IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ARCHER AND WHITE SALES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.: 2:12-cv-00572-JRG-RSP |
| HENRY SCHEIN, INC., DANAHER CORPORATION, INSTRUMENTARIUM DENTAL INC., DENTAL EQUIPMENT LLC, KAVO DENTAL TECHNOLOGIES, LLC AND DENTAL IMAGING TECHNOLOGIES CORPORATION, | § § § § § § § § | |
| Defendants. | § | |

## DECLARATION OF PAUL SCHUSTER

1. I am an attorney with the law firm of Locke Lord LLP, and I represent Henry Schein, Inc. in the above-referenced action.

2. I am of legal age, have never been convicted of a felony, have personal knowledge of the facts stated herein, and am otherwise competent to testify to these matters.

3. Attached as Exhibit A to this declaration are true and correct copies of certain pages from the transcript of the hearing held on February 27, 2013 in the above-referenced action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2013.

PAUL F. SCHUSTER