IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ARCHER AND WHITE SALES, INC., | § § § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. 2:12-CV-00572 |
| HENRY SCHEIN, INC., DANAHER CORPORATION, INSTRUMENTARIUM DENTAL INC., DENTAL EQUIPMENT LLC, KAVO DENTAL TECHNOLOGIES, LLC AND DENTAL IMAGING TECHNOLOGIES CORPORATION, | § § § § § § § § | |
| Defendants. | § | |

## ORDER

This matter having come before the Court on Plaintiff's Motion For Reconsideration of Magistrate Judge's May 28, 2013 Memorandum Order (Dkt. # 44) and the Court having reviewed the Motion and the argument of counsel, it is:

ORDERED that Plaintiff's Motion For Reconsideration of Magistrate Judge's May 28, 2013 Memorandum Order (Dkt. # 44) is hereby DENIED.