**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **ARCHER AND WHITE SALES, INC.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| **HENRY SCHEIN, INC., DANAHER CORPORATION, INSTRUMENTARIUM DENTAL INC., DENTAL EQUIPMENT LLC, KAVO DENTAL TECHNOLOGIES, LLC and DENTAL IMAGING TECHNOLOGIES CORPORATION,** | § § § § § § § § § | **CIVIL ACTION NO. 2:12-CV-00572-JRG-RSP** |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

The Court has considered Plaintiff's Motion for Leave to Exceed Page Limits and finds that it should be granted.

It is, therefore, ORDERED that Plaintiff's Motion for Leave to Exceed Page Limits is GRANTED.

It is further ORDERED that Plaintiff Archer and White Sales, Inc. is permitted to file its Reply in Support of Motion for Reconsideration of Magistrate Judge's May 28, 2013 Memorandum Order (Dkt. #44).

**SIGNED this 28th day of June, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE