# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ARCHER AND WHITE SALES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| HENRY SCHEIN, INC., DANAHER CORPORATION, INSTRUMENTARIUM DENTAL INC., DENTAL EQUIPMENT LLC, KAVO DENTAL TECHNOLOGIES, LLC AND DENTAL IMAGING TECHNOLOGIES CORPORATION, | § § § § § § § § | CIVIL ACTION NO.: 2:12-CV-00572 |
| Defendants. | § | |

## PLAINTIFF ARCHER AND WHITE SALES, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Archer and White Sales, Inc. states as follows:

Plaintiff Archer and White Sales, Inc. has no parent corporation, and there is no publicly held corporation owning 10% or more of the stock of Archer and White Sales, Inc.

DATED:  March 3, 2017.

                Respectfully submitted,

                */s/ Kay Lynn Brumbaugh*
                Kay Lynn Brumbaugh *(Lead Attorney)*
                State Bar No. 00785152
                kaylynnbrumbaugh@andrewskurth.com
                ANDREWS KURTH KENYON LLP
                1717 Main Street, Suite 3700
                Dallas, TX  75201
                214.659.4400 Telephone
                214.659.4401 Facsimile

                J. Wiley George
                State Bar No. 07805445
                wileygeorge@andrewskurth.com
                ANDREWS KURTH KENYON LLP
                600 Travis, Suite 4200
                Houston, TX  77002
                713.220.4200 Telephone
                713.220.4285 Facsimile

                John R. Seward, *admitted pro hac vice*
                DC Bar No. 469820
                johnseward@andrewskurth.com
                ANDREWS KURTH KENYON LLP
                1350 I Street, N.W., Suite 1100
                Washington, DC  20005
                202.662.2700 Telephone
                202.662.2739 Facsimile

                **ATTORNEYS FOR PLAINTIFF**
                **ARCHER AND WHITE SALES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2017, a copy of the foregoing document was efiled and served by operation of the electronic filing system of the U.S. District Court for the Eastern District of Texas upon all counsel of record who have consented to receive notice of filings in this matter.

                */s/ Kay Lynn Brumbaugh*
                Kay Lynn Brumbaugh