**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **ARCHER AND WHITE SALES, INC.,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) |
| **HENRY SCHEIN, INC., DANAHER CORPORATION, INSTRUMENTARIUM DENTAL INC., DENTAL EQUIPMENT LLC, KAVO DENTAL TECHNOLOGIES, LLC AND DENTAL IMAGING TECHNOLOGIES CORPORATION,** | ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

CIVIL ACTION NO. 2:12-cv-00572-JRG

**DEFENDANT HENRY SCHEIN, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Henry Schein, Inc. files this Rule 7.1 Corporate Disclosure Statement, and discloses the following:

Henry Schein, Inc. is a publicly-traded corporation with no parent corporation. According to public filings, no publicly-held corporation owns more than 10 percent of the stock of Henry Schein, Inc.

Dated:  March 3, 2017 　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Paul F. Schuster
　　　　　　　　　　　　　　　　　　　　　　Paul Schuster
　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 00784931
　　　　　　　　　　　　　　　　　　　　　　　pschuster@lockelord.com
　　　　　　　　　　　　　　　　　　　　　　**LOCKE LORD LLP**
　　　　　　　　　　　　　　　　　　　　　　2200 Ross Avenue, Suite 2800
　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas  75201
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (214) 740-8000
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (713) 740-8800

　　　　　　　　　　　　　　　　　　　　　　Christopher Ondeck
　　　　　　　　　　　　　　　　　　　　　　　condeck@proskauer.com
　　　　　　　　　　　　　　　　　　　　　　Adrian Fontecilla
　　　　　　　　　　　　　　　　　　　　　　　afontecilla@proskauer.com
　　　　　　　　　　　　　　　　　　　　　　Stephen Chuk
　　　　　　　　　　　　　　　　　　　　　　　schuk@proskauer.com
　　　　　　　　　　　　　　　　　　　　　　**PROSKAUER ROSE LLP**
　　　　　　　　　　　　　　　　　　　　　　1001 Pennsylvania Avenue NW
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20016
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 416-5865
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 416-6899

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Henry Schein, Inc.*

## **CERTIFICATE OF SERVICE**

　　　I hereby certify that a copy of the above and foregoing Rule 7.1 Corporate Disclosure Statement has been served upon all counsel of record by using the Court's electronic filing system on March 3, 2017.

　　　　　　　　　　　　　　　　　　　　　　/s/ Paul F. Schuster