**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ARCHER AND WHITE SALES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HENRY SCHEIN, INC. et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.:<br>2:12-CV-00572-JRG-RSP |

**DEFENDANT DENTAL IMAGING TECHNOLOGIES CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCR 7.1, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Dental Imaging Technologies Corporation certify that Dental Imaging Technologies Corporation is a wholly owned, separately incorporated subsidiary of Danaher Corporation.

Dated: March 3, 2017

Respectfully submitted,

/s/ *Layne E. Kruse*

| | |
|---|---|
| Layne E. Kruse (Bar No. 11742550) | Steven R. Kuney (*pro hac vice*) |
| NORTON ROSE FULBRIGHT US LLP | Jonathan B. Pitt (*pro hac vice*) |
| 1301 McKinney, Suite 5100 | WILLIAMS & CONNOLLY LLP |
| Houston, TX 77010 | 725 Twelfth Street, N.W. |
| Tel: (713) 651-5151 | Washington, DC 20005 |
| Fax: (713) 651-5246 | Tel: (202) 434-5000 |
| Layne.Kruse@nortonrosefulbright.com | Fax: (202) 434-5029 |
| | skuney@wc.com |
| Brett C. Govett (Bar No. 08235900) | jpitt@wc.com |
| NORTON ROSE FULBRIGHT US LLP | |
| 2200 Ross Avenue, Suite 3600 | |
| Dallas, TX 75201 | |
| Tel: (214) 855-8118 | |
| Fax: (214) 855-8200 | |
| Brett.Govett@nortonrosefulbright.com | |

*Counsel for Defendant Dental Imaging Technologies Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing DEFENDANT DENTAL IMAGING TECHNOLOGIES CORPORATION'S CORPORATE DISCLOSURE STATEMENT has been served upon all counsel of record by using the Court's electronic filing system on March 3, 2017.

                                              /s/ *Layne E. Kruse*