**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ARCHER AND WHITE SALES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HENRY SCHEIN, INC. et al., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO.: <br> 2:12-CV-00572-JRG-RSP |

**DEFENDANT KAVO DENTAL TECHNOLOGIES, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCR 7.1, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Kavo Dental Technologies, LLC certify that Kavo Dental Technologies, LLC is a wholly owned, separately incorporated subsidiary of Danaher Corporation.

Dated:  March 3, 2017

Respectfully submitted,

/s/ *Layne E. Kruse*
Layne E. Kruse (Bar No. 11742550)
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, TX 77010
Tel:  (713) 651-5151
Fax:  (713) 651-5246
Layne.Kruse@nortonrosefulbright.com

Brett C. Govett (Bar No. 08235900)
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX  75201
Tel:  (214) 855-8118
Fax:  (214) 855-8200
Brett.Govett@nortonrosefulbright.com

Steven R. Kuney (*pro hac vice*)
Jonathan B. Pitt (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029
skuney@wc.com
jpitt@wc.com

*Counsel for Defendant Kavo Dental Technologies, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing DEFENDANT KAVO DENTAL TECHNOLOGIES, LLC'S CORPORATE DISCLOSURE STATEMENT has been served upon all counsel of record by using the Court's electronic filing system on March 3, 2017.

/s/ *Layne E. Kruse*