**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ARCHER AND WHITE SALES, INC.**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**HENRY SCHEIN, INC., DANAHER CORPORATION, INSTRUMENTARIUM DENTAL, INC., DENTAL EQUIPMENT, LLC, KAVO DENTAL TECHNOLOGIES, LLC, DENTAL IMAGING TECHNOLOGIES CORPORATION, PATTERSON COMPANIES, INC., AND BENCO DENTAL SUPPLY CO.,**<br><br>　　**Defendants.** | Civil Action No. 2:12-CV-00572-JRG |

## ORDER

The Court, having considered Plaintiff's Emergency Motion for Leave to Exceed Page Limits for Response to Motions for Summary Judgment (Dkt. No. 342), finds that the Motion should be and is hereby **GRANTED-AS-MODIFIED.**

It is therefore **ORDERED** that Archer is permitted to file a single, combined response to the Defendants' motions for summary judgment no longer than **70** pages in length, exclusive of tables of contents and authorities and signature and certificate of service pages.

Accordingly, the Motion to Expeditie Briefing on this issue (Dkt. No. 343) is hereby **DENIED.**

So **ORDERED** and **SIGNED** this 19th day of January, 2018.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE