**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ARCHER AND WHITE SALES, INC.**<br><br>    Plaintiff,<br><br>    v.<br><br>**HENRY SCHEIN, INC., DANAHER CORPORATION, INSTRUMENTARIUM DENTAL, INC., DENTAL EQUIPMENT, LLC, KAVO DENTAL TECHNOLOGIES, LLC, DENTAL IMAGING TECHNOLOGIES CORPORATION, PATTERSON COMPANIES, INC., AND BENCO DENTAL SUPPLY CO.,**<br><br>    Defendants. | Civil Action No. 2:12-CV-00572-JRG |

## ORDER

Given the Court's Order of January 19, 2018, granting Plaintiff's Motion for Leave to Exceed Page Limits (Dkt. No. 342), the Plaintiff's Motion to Expedite Briefing of said motion (Dkt. No. 343) is, accordingly, **DISMISSED AS MOOT**.

**So ORDERED and SIGNED this 26th day of January, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE