# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ARCHER AND WHITE SALES, INC., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:12-CV-00572-JRG |
| v. | § § § | |
| HENRY SCHEIN, INC., DANAHER CORPORATION, INSTRUMENTARIUM DENTAL INC., DENTAL EQUIPMENT LLC, KAVO DENTAL TECHNOLOGIES, LLC, DENTAL IMAGING TECHNOLOGIES, CORPORATION, PATTERSON COMPANIES, INC., BENCO DENTAL SUPPLY CO., | § § § § § § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff Archer and White Sales, Inc.'s ("Archer") Motion to Compel Patterson Companies, Inc. ("Patterson") to Produce Investigation Materials and Respond to Interrogatories ("Motion"). (Dkt. No. 228). The Motion moves the Court order production of various government investigation materials related to anti-trust investigations involving Patterson and to order Patterson to respond to interrogatories which Patterson has declined to respond to since the deadline for their response fell outside of the discovery period by six calendar days.

Having considered the Motion, the Court is of the opinion that the Motion should be **GRANTED-IN-PART** and **CARRIED-IN-PART** as set forth herein.

"Rule 33, like other discovery rules, should be given broad, liberal interpretation, but, as under other discovery rules, trial court has reasonable discretion whether to allow discovery under

Rule 33." *Bell v. Swift & Co.*, 283 F.2d 407, 409 (5th Cir. 1960). The Court **GRANTS** the Motion as to the interrogatories and **ORDERS** Patterson answer the October 23, 2017, interrogatories within seven (7) calendar days of the issuance of this Order. The Discovery period is reopened and extended, as necessary, for this single purpose.

The Court **CARRIES** the remainder of the Motion until the Initial Pretrial Conference, currently set before the undersigned for March 13, 2018 at 9:00 AM.

**So Ordered this**
**Feb 20, 2018**

```
_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE
```