**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ARCHER AND WHITE SALES, INC., | § § | |
| Plaintiff, | § § § | CIVIL ACTION NO. 2:12-CV-00572-JRG |
| v. | § § § | |
| HENRY SCHEIN, INC., DANAHER CORPORATION, INSTRUMENTARIUM DENTAL INC., DENTAL EQUIPMENT LLC, KAVO DENTAL TECHNOLOGIES, LLC, DENTAL IMAGING TECHNOLOGIES, CORPORATION, PATTERSON COMPANIES, INC., BENCO DENTAL SUPPLY CO., | § § § § § § | |
| Defendants. | | |

**ORDER**

The Court issues this Order *sua sponte*. In view of the upcoming Initial Pretrial Conference, set before the undersigned for March 13, 2018, at 9:00 AM, the Court **ORDERS** the Parties to meet and confer and then file a Joint Proposed Agenda setting forth all issues to be addressed in such Initial Pretrial Conference and setting forth a suggested order of argument, both as to the issues and how they should be presented by the Parties, together with any added suggestions which will facilitate the efficiency of the Conference. The Joint Proposed Agenda shall be filed on or before March 7, 2018. While the Court shall consider such input, ultimately, the Court shall determine the best approach to pursue at the Conference.

**So ORDERED and SIGNED this 23rd day of February, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE