# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 25, 2018

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

    Re:  Henry Schein, Inc., et al.
           v. Archer and White Sales, Inc.
           No. 17-1272
           (Your No. 16-41674)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk