**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ARCHER AND WHITE SALES, INC., § § § *Plaintiff*, § § v. § § HENRY SCHEIN, INC., DANAHER § CORPORATION, INSTRUMENTARIUM § DENTAL INC., DENTAL EQUIPMENT § LLC, KAVO DENTAL § TECHNOLOGIES, LLC, DENTAL § IMAGING TECHNOLOGIES, § CORPORATION, PATTERSON § COMPANIES, INC., BENCO DENTAL § SUPPLY CO., § § § *Defendants*. § | CIVIL ACTION NO. 2:12-CV-00572-JRG |

## **ORDER**

On March 2, 2018, the above-captioned case was stayed pending the filing and disposition of a petition for a writ of certiorari with the Supreme Court of the United States. (Dkt. No. 399.) On June 25, 2018, the petition for writ of certiorari was granted, (Dkt. No. 406), and the Supreme Court issued its judgment on January 8, 2019. *See Henry Schein, Inc. v. Archer & White Sales, Inc.*, No. 17-1271, 2019 WL 122164 (U.S. Jan. 8, 2019). The stay was subsequently lifted upon the issuance of the judgment of the Supreme Court. (Dkt. No. 399.)

Based on the foregoing, the Court hereby **ORDERS** that on or before **MARCH 1, 2019**, the Parties shall file with the Court a joint status report that identifies all motions, issues, claims, or portions thereof which are rendered moot by the decision in *Henry Schein, Inc. v. Archer & White*

1

*Sales, Inc.*, No. 17-1271, 2019 WL 122164 (U.S. Jan. 8, 2019) and setting forth a complete list of surviving motions, issues, claims, or portions thereof which remain live before the Court.

**So ORDERED and SIGNED this 14th day of February, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE