## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ARCHER AND WHITE SALES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HENRY SCHEIN, INC., et al., <br><br> Defendants. | Civil Action No. 2:12-cv-00572-JRG |

## **NOTICE**

Defendants Danaher Corp., Instrumentarium Dental Inc., Dental Equipment LLC, Kavo Dental Technologies, LLC, Dental Imaging Technologies Corporation, Benco Dental Supply Company, Patterson Companies, Inc. and Henry Schein, Inc. (collectively "Defendants") hereby file this notice to inform the Court that Defendants will not be filing a reply to their Motion to Stay Pending Appeal (Dkt. 409).  Accordingly, the Motion to Stay Pending Appeal is fully briefed and ripe for decision.


Dated:  March 21, 2019                    Respectfully submitted,


                                          *s/ Jennifer H. Doan w/permission Claire Henry*
                                          Jennifer H. Doan
                                          Texas Bar No. 08809050
                                          Joshua R. Thane
                                          Texas Bar No. 24060713
                                          Haltom & Doan
                                          6500 Summerhill Rd., Suite 100
                                          Texarkana, Texas 75503
                                          Telephone (903) 255-5100

Facsimile (903) 255-0800
E-Mail: jdoan@haltomdoan.com
E-Mail: jthane@haltomdoan.com

Robert A. Van Kirk (*pro hac* forthcoming)
Jonathan B. Pitt (*pro hac vice*)
Liam J. Montgomery (*pro hac vice*)
Matthew C. Monahan (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029
skuney@wc.com
jpitt@wc.com
lmontgomery@wc.com
mmonahan@wc.com

*Counsel for Defendants Danaher Corp.,*
*Instrumentarium Dental Inc., Dental*
*Equipment LLC, Kavo Dental Technologies,*
*LLC, and Dental Imaging Technologies*
*Corporation*

*/s/ Claire Henry*
Howard D. Scher (admitted *pro hac vice*)
Kenneth L. Racowski (admitted *pro hac vice*)
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place, Suite 3200
50 South 16th Street
Philadelphia, PA  19102
(215) 665-8700
howard.scher@bipc.com
kenneth.racowski@bipc.com

Of Counsel:
T. John Ward
TX Bar No. 20848000
E-mail: tjw@wsfirm.com
Claire Abernathy Henry
TX Bar No. 24053063
E-mail: claire@wsfirm.com
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Counsel for Defendant Benco Dental Supply Company*

*/s/ James J. Long w/permission Claire Henry*
James J. Long (*pro hac vice*)
Scott M. Flaherty (*pro hac vice*)
Ruvin S. Jayasuriya (*pro hac vice*)
Jay W. Schlosser (*pro hac vice*)
Mark G. Schroeder (*pro hac vice*)
Briggs and Morgan, P.A.
2200 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
612.977.8745
612.977.8650 (fax)
jlong@briggs.com
sflaherty@briggs.com
rjayasuriya@briggs.com
jschlosser@briggs.com
mschroeder@briggs.com

Clyde Moody Siebman
Stephanie Barnes
Siebman, Forrest, Burg & Smith, LLP
4949 Hedgcoxe Road
Suite 230
Plano, TX 75024
214-387-9100
214-387-9125 (fax)
clydesiebman@siebman.com
stephaniebarnes@siebman.com

*Attorneys for the Patterson Companies, Inc.*

*/s/ Paul Schuster w/permission Claire Henry*
Paul Featherstone Schuster
John Patrick McDonald
Matthew K. Hansen
Locke Lord LLP
2200 Ross Ave, Suite 2800
Dallas, TX 75201-6776
214.740.8511
214.746.8102 (fax)
pschuster@lockelord.com
jpmcdonald@lockelord.com
mkhansen@lockelord.com

Lauren Morgan Fincher
Locke Lord LLP
600 Congress Ave
Suite 2200
Austin, TX 78701
512-305-4700
512-305-4800 (fax)
lfincher@lockelord.com

Stephen Chuk
Colin R. Kass
Proskauer Rose, LLP - DC
1001 Pennsylvania Avenue NW
Washington, DC 20016
202-416-6697
202-416-6899 (fax)
schuk@proskauer.com
ckass@proskauer.com

Barack S Echols
Richard C Godfrey
J Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle Street
Suite2400
Chicago, IL 60654
312/862-2000
312/862-2200 (fax)
barack.echols@kirkland.com
richard.godfrey@kirkland.com
andrew.langan@kirkland.com

*Attorneys for Henry Schein, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) As such, this notice was served on all counsel of record who have consented to electronic service in accordance with Local Rule CV-5(a)(3)(A) on this 21st of March, 2019.

_/s/ Claire Henry_
Claire Henry