# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ARCHER AND WHITE SALES, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**HENRY SCHEIN, INC., DANAHER CORPORATION, INSTRUMENTARIUM DENTAL, INC., DENTAL EQUIPMENT, LLC, KAVO DENTAL TECHNOLOGIES, LLC, AND DENTAL IMAGING TECHNOLOGIES CORPORATION,**<br><br>**Defendants.** | Civil Action No. 2:12-CV-00572-JRG |

## NOTICE REGARDING PLAINTIFF ARCHER & WHITE SALES, INC.'S MOTION TO SET DOCKET CONTROL ORDER

Plaintiff Archer & White Sales, Inc. hereby files this notice to inform the Court that Archer will not be filing a reply in support of its Motion to Set a Docket Control Order (Dkt. No. 410). Accordingly, the Motion to Set a Docket Control Order is fully briefed and ripe for decision.

Dated: March 22, 2019.

**MCKOOL SMITH, P.C.**

/s/ *Samuel F. Baxter*
Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@McKoolSmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Lewis T. LeClair
Texas State Bar No. 12072500
lleclair@mckoolsmith.com

Gary Cruciani
Texas State Bar No. 05177300
gcruciani@McKoolSmith.com
Phillip Aurentz
Texas State Bar No. 24059404
paurentz@McKoolSmith.com
Travis E. DeArman
Texas State Bar No. 24074117
tdearman@McKoolSmith.com
Chelsea A. Priest
Texas State Bar No. 24102375
cpriest@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Charles E. Fowler, Jr.
Texas State Bar No. 24083014
cfowler@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

***ATTORNEYS FOR PLAINTIFF,
ARCHER AND WHITE SALES, INC.***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via ECF on March 22, 2019.

/s/ *Samuel F. Baxter*
Samuel F. Baxter