# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ARCHER AND WHITE SALES, INC.**  <br><br>   Plaintiff,  <br><br>   v.  <br><br> **HENRY SCHEIN, INC., DANAHER CORPORATION, INSTRUMENTARIUM DENTAL, INC., DENTAL EQUIPMENT, LLC, KAVO DENTAL TECHNOLOGIES, LLC, AND DENTAL IMAGING TECHNOLOGIES CORPORATION,**  <br><br>   **Defendants.** | Civil Action No. 2:12-CV-00572-JRG |

## JOINT SUPPLEMENT TO STATUS REPORT

Pursuant to the Court's August 20, 2019 Order, Dkt. No. 424, setting a Status Conference for August 28, 2019, the parties file this joint submission outlining their positions on "how to best schedule this case for trial." Order, Dkt. No. 424.

**1.     Plaintiff's Position.**

On January 19, 2018, this Court issued a Third Amended Docket Control Order setting trial for May 14, 2018. Dkt. No. 346. On March 2, 2018, the Supreme Court issued a stay pending a petition for a writ of certiorari, Dkt. No. 399, and on June 25, 2018, the Supreme Court granted the petition for a writ of certiorari and stayed the case pending its decision and judgment, Dkt. No. 406. The Supreme Court issued its decision on January 8, 2019, and issued its judgment on February 11, 2019.

After the case returned to the Fifth Circuit on remand, that Court ordered supplemental briefing and scheduled oral argument. Following oral argument, the Fifth Circuit issued its published opinion on August 14 affirming the decision of this Court denying the motion to compel arbitration. Although defendants may choose to file a motion for rehearing, there is no reason for this Court to countenance any further delay in this matter.

Because the dates in the Third Amended Docket Control Order have now passed, a new Docket Control Order is necessary. Archer proposes the schedule below:

| Original Date | Proposed Date | Event |
|---|---|---|
| May 14, 2018 | January 6, 2020 | Trial commences |
| April 30, 2018 | January 6, 2020 | Jury Selection |
| April 5, 2018 | December 13, 2019 | Final Pretrial Conference |
| April 2, 2018 | December 6, 2019 | Serve Objections to Exhibit Lists, Witness Lists, Deposition Designations and Counter-Designations |
| April 2, 2018 | December 6, 2019 | File Notice of Request for Daily Transcript or Real Time Reporting.  If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the |

**JOINT SUPPLEMENT TO STATUS REPORT** – Page 1

| | | Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
|---|---|---|
| March 23, 2018 | October 18, 2019 | File Joint Pretrial Order, Joint Proposed Jury Instructions and Form of the Verdict, Responses to Motions in Limine, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations. |
| March 2, 2018 | September 26, 2019 | Initial Pretrial Conference to address pending motions |

**2. Defendants' Position.**

As set forth in the parties' Joint Status Report, Dkt. No. 423, Defendants respectfully contend that it is premature to enter an amended docket control order at this time and request that the matter continue to be stayed pending resolution of the appellate process. A continuation of the Court's stay while the Fifth Circuit resolves the Fifth Circuit Appellants' forthcoming en banc petition would not materially prejudice Plaintiff and would conserve both the parties' and the Court's resources while the appellate process is resolved.

However, should the Court proceed to enter a docket control order, Defendants' propose the dates set forth below. Defendants arrived at these proposed dates by reviewing the Court's current trial schedule in early 2020 and polling Defendants' counsel concerning availability for trial. Defendants agree with Plaintiffs that an early Initial Pretrial Conference to address the fully-briefed motions (*e.g.* Motions for Summary Judgment, *Daubert* Motions, and Motions *in Limine*) will be beneficial to the Court and the parties by narrowing and clarifying the issues for pre-trial proceedings and, if necessary, trial itself. Although the parties accomplished a great deal prior to the Supreme Court entering its stay, quite a bit more remains to be done on such things as exhibits, deposition designations, jury instructions, and other pretrial matters. Therefore, Defendants propose holding the Initial Pretrial Conference at the outset so that the Parties can fully incorporate

the Court's rulings into these processes, which should result in fewer disputes for the parties and the Court to resolve.

**Proposed Docket Control Order Dates**

| Event | Plaintiff's Proposed Date | Defendants' Proposed Date |
|---|---|---|
| Trial commences | January 6, 2020 | April 13, 2020 |
| Jury Selection | January 6, 2020 | April 13, 2020 |
| Final Pretrial Conference | December 13, 2019 | March 11, 2020 |
| Serve Objections to Exhibit Lists, Witness Lists, Deposition Designations and Counter-Designations | December 6, 2019 | January 30, 2020 |
| File Notice of Request for Daily Transcript or Real Time Reporting.  If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. | December 6, 2019 | January 30, 2020 |
| File Joint Pretrial Order, Joint Proposed Jury Instructions and Form of the Verdict, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations. | October 18, 2019 | December 19, 2019 |
| Initial Pretrial Conference to address pending motions | September 26, 2019 | November 14, 2019 |

**MCKOOL SMITH, P.C.**

*/s/ Samuel F. Baxter (w/permission)*
Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@McKoolSmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Lewis T. LeClair
Texas State Bar No. 12072500
lleclair@mckoolsmith.com
Gary Cruciani
Texas State Bar No. 05177300
gcruciani@McKoolSmith.com
Phillip Aurentz
Texas State Bar No. 24059404
paurentz@McKoolSmith.com
Travis E. DeArman
Texas State Bar No. 24074117
tdearman@McKoolSmith.com
Chelsea A. Priest
Texas State Bar No. 24102375
cpriest@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Charles E. Fowler, Jr.
Texas State Bar No. 24083014
cfowler@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

***ATTORNEYS FOR PLAINTIFF,
ARCHER AND WHITE SALES, INC.***

*/s/ Scott M. Flaherty (w/permission)*
James J. Long (pro hac vice)
Scott M. Flaherty (pro hac vice)
Ruvin S. Jayasuriya (pro hac vice)
Jay W. Schlosser (pro hac vice)
Mark G. Schroeder (pro hac vice)
**BRIGGS AND MORGAN, P.A.**
2200 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
612.977.8745
612.977.8650 (fax)
jlong@briggs.com
sflaherty@briggs.com
rjayasuriya@briggs.com
jschlosser@briggs.com
mschroeder@briggs.com

Clyde Moody Siebman
Stephanie Rene' Barnes
**SIEBMAN, BURG, PHILLIPS & SMITH LLP**
4949 Hedgcoxe Road
Suite 230
Plano, TX 75024
214-387-9100
214-387-9125 (fax)
clydesiebman@siebman.com
stephaniebarnes@siebman.com

*ATTORNEYS FOR THE PATTERSON COMPANIES, INC.*

*/s/ Paul F. Shuster (w/permission)*
Paul F. Schuster
pschuster@lockelord.com
John P. McDonald
jpmcdonald@lockelord.com
Matthew K. Hansen
mkhansen@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

Colin R. Kass (pro hac vice)
ckass@proskauer.com

Stephen Chuk (pro hac vice)
schuk@proskauer.com
**PROSKAUER ROSE LLP**
1001 Pennsylvania Avenue NW
Washington, DC 20016
Telephone: (202) 416-5865
Facsimile: (202) 416-6899

Barack S. Echols (pro hac vice)
barack.echols@kirkland.com
Richard C. Godfrey, P.C. (pro hac vice)
richard.godfrey@kirkland.com
J. Andrew Langan, P.C. (pro hac vice)
andrew.langan@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, Illinois  60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

*ATTORNEYS FOR DEFENDANT*
*HENRY SCHEIN, INC.*

*/s/ Kenneth L. Racowski (w/permission)*
Howard D. Scher (admitted pro hac vice)
Kenneth L. Racowski (admitted pro hac vice)
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place, Suite 3200
50 South 16th Street
Philadelphia, PA 19102
(215) 665-8700
howard.scher@bipc.com
kenneth.racowski@bipc.com

T. John Ward
Claire Abernathy Henry
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400
tjw@wsfirm.com
claire@wsfirm.com

*ATTORNEYS FOR DEFENDANT*
*BENCO DENTAL SUPPLY COMPANY*

/s/ Jennifer H. Doan
Robert A. Van Kirk (pro hac vice)
Jonathan B. Pitt (pro hac vice)
Liam J. Montgomery (pro hac vice)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC  20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029
rvasnkirk@wc.com
jpitt@wc.com
lmontgomery@wc.com

Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
**HALTOM & DOAN**
6500 Summerhill Rd., Suite 100
Texarkana, Texas 75503
Telephone (903) 255-5100
Facsimile (903) 255-0800
E-Mail: jdoan@haltomdoan.com
E-Mail: jthane@haltomdoan.com

*COUNSEL FOR DEFENDANTS DANAHER CORP., INSTRUMENTARIUM DENTAL INC., DENTAL EQUIPMENT LLC, KAVO DENTAL TECHNOLOGIES, LLC, AND DENTAL IMAGING TECHNOLOGIES CORPORATION*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 26th day of August, 2019.

/s/ Jennifer H. Doan
Jennifer H. Doan