UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ARCHER AND WHITE SALES, INC.<br><br>Plaintiff,<br><br>v.<br><br>HENRY SCHEIN, INC., et al.<br><br>Defendants. | Civil Action No. 2:12-cv-00572-JRG |

## NOTICE OF APPEARANCE

Please take notice that Robert C. Dalby of the law firm HALTOM & DOAN enters his appearance as counsel of record for Defendants Danaher Corporation, Instrumentarium Dental Inc., Dental Equipment LLC, Kavo Dental Technologies, LLC and Dental Imaging Technologies Corporation and requests that any correspondence, motions, notices, and pleadings in this action directed to Defendants Danaher Corporation, Instrumentarium Dental Inc., Dental Equipment LLC, Kavo Dental Technologies, LLC and Dental Imaging Technologies Corporation also be served upon Robert C. Dalby at the following address:

>Robert C. Dalby
>HALTOM & DOAN
>6500 Summerhill Road, Suite 100
>Texarkana, TX 75503
>Telephone: (903) 255-1000
>Facsimile: (903) 255-0800
>Email: rdalby@haltomdoan.com

Please add the name of Mr. Dalby to all service lists in this matter, including the e-filing service list.

Respectfully submitted,

/s/ *Robert C. Dalby*
Robert C. Dalby
Arkansas Bar No. 2019221
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: rdalby@haltomdoan.com

**ATTORNEY FOR DEFENDANTS DANAHER CORPORATION, INSTRUMENTARIUM DENTAL INC., DENTAL EQUIPMENT LLC, KAVO DENTAL TECHNOLOGIES, LLC and DENTAL IMAGING TECHNOLOGIES CORPORATION**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 18th day of December, 2019.

*/s/ Robert C. Dalby*
Robert C. Dalby