**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ARCHER AND WHITE SALES, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:12-CV-00572-JRG |
| | § | |
| HENRY SCHEIN, INC., DANAHER CORPORATION, INSTRUMENTARIUM DENTAL INC., DENTAL EQUIPMENT LLC, KAVO DENTAL TECHNOLOGIES, LLC, DENTAL IMAGING TECHNOLOGIES, CORPORATION, PATTERSON COMPANIES, INC., BENCO DENTAL SUPPLY CO., | § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Defendant Henry Schein, Inc.'s ("Schein") Motion for a Stay Pending Decision on Petition for Certiorari and Request for Expedited Briefing (the "Motion"). (Dkt. No. 458.) In the Motion, Schein requests that the Court stay the trial pending the Supreme Court's decision on Schein's petition for certiorari. (*Id.* at 1.) Having considered the Motion, the Court is of the opinion that expedited briefing is appropriate. Accordingly, Plaintiff Archer and White Sales, Inc. is hereby **ORDERED** to file its Response to the Motion on or before **5:00 p.m. Friday, January 3, 2020.** No reply or sur-reply may be filed without leave of the Court.

**So Ordered this**
**Dec 28, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE