IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ARCHER AND WHITE SALES, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:12-CV-00572-JRG |
| | § | |
| HENRY SCHEIN, INC.,  DANAHER | § | |
| CORPORATION,  INSTRUMENTARIUM | § | |
| DENTAL INC.,  DENTAL EQUIPMENT | § | |
| LLC,  KAVO DENTAL TECHNOLOGIES, | § | |
| LLC,  DENTAL IMAGING | § | |
| TECHNOLOGIES, CORPORATION, | § | |
| PATTERSON COMPANIES, INC., | § | |
| BENCO DENTAL SUPPLY CO., | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is Plaintiff Archer and White Sales, Inc. ("Archer and White") and

Defendants Henry Schein, Inc.; Danaher Corporation; Instrumentarium Dental Inc.; Dental

Equipment LLC; Kavo Dental Technologies, LLC; Dental Imaging Technologies, Corporation;

Patterson Companies, Inc.; and Benco Dental Supply Co.'s (collectively, the "Defendants")

(together with Archer and White, the "Parties") Joint Motion for Leave to Supplement Motions in

Limine and for Expedited Briefing (the "Motion"). (Dkt. No. 469.) In the Motion, the Parties

request leave to supplement their respective motions *in limine* with one additional motion *in limine*

each.

Having considered the Motion and its joint nature, the Court is of the opinion that the

Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the Parties are

permitted leave to supplement their respective motions *in limine* as requested, not to exceed two

(2) pages. It is further **ORDERED** that responses to such motions are due no later than January

2

14, 2020 and shall not exceed two (2) pages. No reply or sur-reply may be filed without subsequent

order of this Court.

**So ORDERED and SIGNED this 9th day of January, 2020.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE