(ORDER LIST:  589 U.S.)

FRIDAY, JANUARY 24, 2020

ORDER IN PENDING CASE

19A766      HENRY SCHEIN, INC. V. ARCHER AND WHITE SALES, INC.

The application for stay presented to Justice Alito and by him referred to the Court is granted, and the proceedings in the United States District Court for the Eastern District of Texas, case No. 2:12-cv-572, are stayed pending the timely filing and disposition of a petition for a writ of certiorari. Should the petition for a writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for a writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

Justice Ginsburg would deny the application.