# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ARCHER AND WHITE SALES, INC.**<br><br>**Plaintiff,**<br><br>v.<br><br>**HENRY SCHEIN, INC., DANAHER CORPORATION, INSTRUMENTARIUM DENTAL, INC., DENTAL EQUIPMENT, LLC, KAVO DENTAL TECHNOLOGIES, LLC, DENTAL IMAGING TECHNOLOGIES CORPORATION, PATTERSON COMPANIES, INC., AND BENCO DENTAL SUPPLY CO.,**<br><br>**Defendants.** | Civil Action No. 2:12-CV-00572-JRG<br><br>**FILED UNDER SEAL** |

## BENCO DENTAL SUPPLY CO.'S NOTICE OF JOINDER

Defendant Benco Dental Supply Co. ("Benco") hereby joins in defendant Henry Schein, Inc's Motion to Compel Plaintiff to Arbitrate and to Stay Proceedings (Dkt. #14) and incorporates that motion and its attachments by reference as if set forth fully herein. Benco respectfully requests that the Court grant Henry Schein, Inc's Motion and issue an order (1) compelling Archer and White Sales, Inc. ("Plaintiff") to arbitrate its claims against Benco; and (2) staying all proceedings pending arbitration of Plaintiff's claims.

|  |  |
|---|---|
|  | RESPECTFULLY SUBMITTED, |
| Dated: January 28, 2020. | **BUCHANAN INGERSOLL & ROONEY PC**<br><br>*/s/ Kenneth L. Racowski (w/permission)*<br>**Kenneth L. Racowski** (*pro hac vice*)<br>**Thomas P. Manning** (*pro hac vice*)<br>**Mark A. Kasten** (*pro hac vice*) |

1

Two Liberty Place, Suite 3200
50 South 16th Street
Philadelphia, PA 19102
Tel:  (215) 665-8700
Fax:  (215) 665-8760
Email:  kenneth.racowski@bipc.com
Email:  thomas.manning@bicp.com
Email:  mark.kasten@bipc.com

T. John Ward
Claire Abernathy Henry
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400
tjw@wsfirm.com
claire@wsfirm.com

*ATTORNEYS FOR DEFENDANT BENCO DENTAL SUPPLY COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Joinder has been served on all counsel of record via the Court's ECF filing system on January 28, 2020.

/s/ *Kenneth L. Racowski*
Kenneth L. Racowski