IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ARCHER AND WHITE SALES, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:12-CV-00572-JRG |
| | § | |
| HENRY SCHEIN, INC., DANAHER | § | |
| CORPORATION, INSTRUMENTARIUM | § | |
| DENTAL INC., DENTAL EQUIPMENT | § | |
| LLC, KAVO DENTAL TECHNOLOGIES, | § | |
| LLC, DENTAL IMAGING | § | |
| TECHNOLOGIES, CORPORATION, | § | |
| PATTERSON COMPANIES, INC., | § | |
| BENCO DENTAL SUPPLY CO., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Defendant Benco Dental Supply Co.'s ("Benco") Motion for Leave to File a Motion to Compel Production of Patterson's and Danaher's Settlement Agreements (the "Motion for Leave"). (Dkt. No. 540). In the Motion for Leave, Benco requests leave to file its Motion to Compel Production of Patterson's and Danaher's Settlement Agreements (the "Motion to Compel") (Dkt. No. 541). Plaintiff Archer and White Sales, Inc. ("Archer and White") and Defendant Henry Schein, Inc. ("Henry Schein") do not oppose the Motion for Leave. (*See* Dkt. No. 540).

Having considered the Motion for Leave, and in light of its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that Benco is permitted to file its Motion to Compel.

Further, the Court intends to take up Benco's Motion to Compel at the Final Pretrial Conference set for **9:00 a.m.** on **Monday, March 29, 2021**, in Marshall, Texas.. Accordingly, it

is **ORDERED** that Archer and White shall respond to Benco's Motion to Compel by or before **12:00 p.m.** on **Friday, March 26, 2021**. No reply or sur-reply brief shall be filed.

**So ORDERED and SIGNED this 23rd day of March, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE