IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ARCHER AND WHITE SALES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>HENRY SCHEIN, INC., DANAHER CORPORATION, INSTRUMENTARIUM DENTAL, INC., DENTAL EQUIPMENT, LLC, KAVO DENTAL TECHNOLOGIES, LLC, and DENTAL IMAGING TECHNOLOGIES CORPORATION,<br><br>    Defendants. | Civil Action No. 2:12-CV-00572-JRG |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL**

Defendant Benco Dental Supply Company moved to compel production of certain settlement agreements. Dkt. 541-0. Subsequently, the relevant counter-parties consented to production, the parties resolved their dispute, and Plaintiff Archer and White Sales, Inc. ("Archer") will produce the relevant documents. Archer therefore requests that the Court deny the motion to compel as moot.

NG-9J84MDUI 4848-7562-1346v1

Dated:  March 26, 2021

Respectfully submitted,

By:  */s/ Samuel F. Baxter*
Samuel F. Baxter
Texas Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston, Suite 300
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile:  (903) 923-9099

Lewis T. LeClair
Texas Bar No. 12072500
lleclair@mckoolsmith.com
Gary Cruciani
Texas Bar No. 5177300
gcruciani@mckoolsmith.com
Travis DeArman
Texas Bar No. 24074117
tdearman@mckoolsmith.com
Patrick Pijls
Texas Bar No. 24118501
ppijls@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

***ATTORNEYS FOR PLAINTIFF ARCHER AND WHITE SALES, INC.***

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on March 26, 2021.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/s/ *Travis DeArman*
Travis DeArman

NG-9J84MDUI 4848-7562-1346v1